IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CARLA CAIN, :
:
    Plaintiff :
: No.    2:22-cv-00360
v. :
:
CINDY BASS, as Member of Philadelphia City :
Council, in her Personal Capacity only, :
:
    Defendant :
:

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Please enter the appearance of John S. Carnes, Jr., Esquire on behalf of Plaintiff, Carla Cain, in the above-captioned matter.

    Respectfully submitted,

    **Law Offices of John S. Carnes, Jr.**

Dated: January 28, 2022

    John S. Carnes, Jr., Esq.
    Pa. Atty. I.D. 47338
    101 West Main Street
    Parkesburg, PA 19365
    T: (610) 857-5500
    F: (610) 857-5501
    jcarnes@jcatty.com

*Attorneys for Plaintiff,*
*Carla Cain*