AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-360

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* 02/01/2022.

☑ I personally served the summons on the individual at *(place)* 6836 Anderson Street, Philadelphia PA 19119 on *(date)* 02/13/2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 02/15/2022

*Server's signature*

Brian Zayodnick   PSC/Server
*Printed name and title*

**Process Plus Legal Services**
2800 Turnpike Drive, Suite 1
Hatboro, PA 19040

*Server's address*

Additional information regarding attempted service, etc: