# EXHIBIT A



---------- Forwarded message ---------
From: **Carla Cain** <ccain2225@gmail.com>
Date: Mon, Sep 21, 2020, 7:21 PM
Subject: Fwd: Contact information change request: 22nd Democratic Ward RCO
To: Heather PIERCE 22 Ward <madrina007@gmail.com>


---------- Forwarded message ---------
From: **RCO** <RCO@phila.gov>
Date: Mon, Sep 21, 2020, 11:29 AM
Subject: Contact information change request: 22nd Democratic Ward RCO
To: Carla Cain <ccain2225@gmail.com>, cefoster15@gmail.com <cefoster15@gmail.com>, dmathis0725@gmail.com <dmathis0725@gmail.com>
Cc: Eleanor Sharpe <Eleanor.Sharpe@phila.gov>, Cindy Bass <Cindy.Bass@phila.gov>


This message serves as notice to the 22nd Democratic Ward RCO that we have received a request to change the contact information on file for the RCO. This change would replace the currently listed contact information (found here: RCO List) with the primary and secondary contacts listed in the attached registration application, certified by the ward leader (also attached). The newly listed contacts would receive all RCO notice and other RCO-related communication from PCPC, on behalf of the 22nd Democratic Ward RCO, effective immediately.


Please respond to confirm your receipt of this message.

1

**Jonathan Goins**

RCO Coordinator **(working from home)**

Department of Planning and Development

Philadelphia City Planning Commission | City of Philadelphia

**O** One Parkway Building |1515 Arch Street, 13th Floor

   Philadelphia, PA 19102 | USA

**T** (215) 683-4646 | **E** jonathan.goins@phila.gov

**Facebook** | Twitter

# RegisteredCommunityOrganizationApp_2020

Submitted by: Anonymous user

Submitted time: Aug 13, 2020, 7:34:12 PM

Organization Type

**Ward Committee**

Organization Name

**22nd Democratic Ward RCO**

Organization Address

**6426 Boyer Street**
**Philadelphia, PA 19119**

Meeting Location Address

**Lovett Memorial Library, 6945 Germantown Ave, Philadelphia, PA 19119**

**Also**

**Dare to  Imagine Church, 6610 Anderson St, Philadelphia, PA 19119**

Primary Contact Person

Name

**Christine Foster**

Email

**cefoster15@gmail.com**

Mailing Address

**6426 Boyer Street, Philadelphia, PA 19119**

Phone

**215-370-2891**

Preferred Method of Contact

**Email (will guarantee faster notification)**

Secondary Contact Person

Name

**Dominic Mathis**

Email

**dmathis0725@gmail.com**

Mailing Address

**6779 Crittenden Street, Philadelphia, PA 19119**

Phone

**215-833-4161**

Preferred Method of Contact

**Email (will guarantee faster notification)**

## Wards

Ward Number

**22**

Select One

**Democrat**

Schedule of the organization's regular public meetings

**PDF** [22nd Democratic Ward RCO meets the First Wednesday of e…](#)
36.9KB

Copy of a recent announcement of a public meeting

**PDF**    RCO Email - Zoom.pdf
119.2KB

Signed copy of Ward Leader Certification statement

**PDF**    Ward Leader Certification RCO - Signed.pdf
133.7KB

Please Certify:

- **I certify that I have read the Planning Commission regulations regarding RCOs and that the statements and information in this application form are true and correct to the best of my knowledge and belief. Planning Commission regulations here can be found here.**

Please Certify:

- **I certify that the organization or its leadership will make a good faith effort to operate in accordance with procedures and best practices articulated in the https://www.phila.gov/media/20190417143814/RCO-Rights-and-Responsibilities-5.pdf target="_blank">Zoning Rights and Responsibilities provided by the Planning Commission.**

Please Certify:

- **I certify that I have read the Zoning Applicant Rights and Responsibilities provided by the Planning Commission.**

Date of Application

**Aug 13, 2020**

Name

**Christine Foster**

Certify Application

- **I certify this application**

# EXHIBIT B

Political Ward RCO Registration Certification

I _____ Cindy Bass _____ , Ward Leader for the ___ 22nd ___ Ward, acknowledge and confirm the registration of this ward as a Registered Community Organization (RCO).


_____ Cindy Bass _____

Name

_____

Signature

# EXHIBIT C

# RCO Application 2021

Submitted by: Anonymous user

Submitted time: Jun 3, 2021, 4:54:28 PM

Application Type

**Renewal**

Organization Type

**Ward Committee**

Organization Address

Redacted

Meeting Location Address

Redacted

Primary Contact Person

Name

**CARLA CAIN**

Email

Redacted

Mailing Address

Redacted

Phone

Redacted

Preferred Method of Contact

**Email (will guarantee faster notification)**

Secondary Contact Person

Name

**MALCOLM CAIN**

Email

Redacted

Mailing Address

Redacted

Phone

Redacted

Preferred Method of Contact

**Email (will guarantee faster notification)**

Wards

Ward Number

**22-WARD**

Select One

**Democrat**

Schedule of the organization's regular public meetings

**PDF**  22nd Ward RCO Meeting Schedule.pdf
40.8KB

Copy of an announcement (flyer, e-mail, newsletter, public social media post) of a public meeting

**PDF**  22nd Ward Democratic Flyer.pdf
14.9KB

Certify Application

- **I certify that I am applying for RCO status on behalf of a political ward, and that the ward committee and ward leader are aware of and have authorized this application for RCO status.**

Please Certify:

- **I certify that I have read the Planning Commission regulations regarding RCOs and that the statements and information in this application form are true and correct to the best of my knowledge and belief. Planning Commission regulations here can be found** here**.**

Please Certify:

- **I certify that the organization or its leadership will make a good faith effort to operate in accordance with procedures and best practices articulated in the** https://www.phila.gov/media/20190417143814/RCO-Rights-and-Responsibilities-5.pdf **target="_blank">Zoning Rights and Responsibilities provided by the Planning Commission.**

Please Certify:

- **I certify that I have read the** Zoning Applicant Rights and Responsibilities **provided by the Planning Commission.**

Please Certify:

- **I certify that RCO leadership has reviewed (or will review) PCPC's RCO instructional videos, found** here**.**

Date of Application

**Jun 3, 2021**

Name

**CARLA CAIN**

Certify Application

- **I certify this application**

# EXHIBIT D

# Cindy Bass

## 22nd Ward Leader, Democratic Party

October 13, 2021

Eleanor Sharpe
Deputy Director
Department of Planning & Development
1515 Arch Street, 13th Floor
Philadelphia, PA 19103

Dear Ms. Sharpe,

As Ward Leader of the 22nd Democratic Ward, I am asking that Christine Foster be listed as the primary contact and committee chair for the 22nd Ward Democratic RCO.

Her contact information and notification preference are as follows:

**RCO Chair:** Christine Foster
**Mailing Address:** Redacted
**Email Address:** Redacted       Redacted
**Telephone:** Redacted
**Preferred contact method is via email**
**RCO Meeting Location:** Dare to Imagine Church, 6610 Anderson St, Philadelphia, PA 19119

**Vice Chair:** Redacted

If you have any questions, please contact me at Redacted

Thank you.

Sincerely,

Cindy Bass
Ward Leader, 22nd Democratic Ward

# EXHIBIT E



(/)

Thursday, March 10, 2022

---

**MAIN MENU**

Log in (/login.html)

Search 🔍

    

(https://chestnuthillbanners.creativecirclemedia.com/www/delivery/ck.php?
oaparams=2__bannerid=203__zoneid=3__cb=a2a96bd192__oadest=https%3A%2F%2Fzhangsah.org%2Fcamps%2F)

⚠ You have **3 free items** remaining before a subscription is required.   Subscribe now! (/subscribe/?town_id=0)   |   Log in (/login.html)

# A Mt. Airy committeeperson is suing Councilmember Cindy Bass for First Amendment violations



(https://beta.creativecirclecdn.com/chestnuthilllocal/original/20220201-132513-imgonline-com-ua-twotoone-
zR5oGKm2kg.jpg)

**Councilmember and 22nd Ward leader Cindy Bass (left) and 22nd Ward committeeperson Carla Cain.**

Posted Tuesday, February 1, 2022 3:00 am

**by Tom Beck**

Case 2:22-cv-00360-GEK   Document 10-1   Filed 03/31/22   Page 19 of 24

Philadelphia City Councilmember Cindy Bass, who is also leader of the 22nd Democratic ward in Mt. Airy, is being sued in federal court for allegedly violating the First Amendment rights of one of the ward's committeepersons.

Carla Cain, the committeeperson suing Bass, says in the lawsuit that Bass improperly removed her as the designated primary contact for the 22nd Ward Democratic Committee RCO, a registered community organization she created in 2019. Cain was removed from her post by Bass, the lawsuit argues, in retaliation for Cain's refusal to back Bass as ward leader. The lawsuit goes on to say that Cain was replaced by two 22nd ward committeepersons who "are known supporters of Bass."

Cain ran unsuccessfully against Bass in the 22nd ward's election for ward leader approximately four years ago. RCOs are neighborhood civic associations that allow neighbors to provide community input on local issues such as development projects.

Bass dismissed Cain's complaint in a phone interview with the Local, saying that Cain's RCO never had any standing because she had never approved it. According to Bass, the creation of any ward RCO must have consent of the ward leader, which in this case is Bass.

"City rules dictate that if it's a ward RCO, it has to have the consent of the ward leader," Bass said.

The city said this isn't true.

"The RCO application process does not require a ward leader signature," said city spokesperson Paul Chrystie in an email to the Local.

According to the Philadelphia City Planning Commission's regulations (https://www.phila.gov/documents/regulations-of-the-philadelphia-city-planning-commission/), An RCO may  submit a written request to correct or update its registration information at any time, but "the request shall be submitted or verified by the primary contact person as listed on the RCO's current registration unless the primary contact is unavailable due to death, medical condition, or other exceptional circumstances."

3/10/22, 8:33 AM                    A Mt. Airy committeeperson is suing Councilmember Cindy Bass for First Amendment violations | The Chestnut Hill Local

Case 2:22-cv-00360-GEK · Document 10-1 · Filed 03/31/22 · Page 20 of 24



(https://chestnuthillbanners.creativecirclemedia.com/www/delivery/ck.php?
oaparams=2__bannerid=200__zoneid=1__cb=21c6f6cfcc__oadest=https%3A%2F%2Fwww.davidbrothers.com)



(https://chestnuthillbanners.creativecirclemedia.com/www/delivery/ck.php?
oaparams=2__bannerid=7__zoneid=1__cb=0ba7cf79ee__oadest=http%3A%2F%2Fwww.foxroach.com%2F)

Cain's lawsuit argues that this rule means she couldn't legally be removed as the RCO's primary contact person because, as the primary contact person herself, it would require her own approval, which she did not give.

Cain and her lawyer, John Carnes, both declined to comment for this article in phone calls.

In her lawsuit, however, Cain stipulates that "Bass has used the authority of her position as a member of City Council to bypass the regulations… governing the operation of RCOs in order to appoint her supporters and allies." The suit continues claiming that "Bass' pattern of antagonism aimed at Cain… establish[es] that Bass' actions against Cain were taken because of Cain's criticism of Bass for [her] actions as Ward Leader and City Councilperson."

The lawsuit also alleges that an "anonymous user" submitted an application to the Philadelphia City Planning Commission to replace Cain in August 2020. Cain was notified about the application the following month, the lawsuit says, when she received an email about it from the city's RCO coordinator, Jonathan Goins. That email was included in a set of documents that were sent to the Local.

According to the lawsuit, Cain believes Bass was the anonymous user because her signature is on the application that certifies Cain's removal as the RCO's representative.

The documents allege that Cain had complained about Bass' lack of transparency in regard to her "dealings with other political associations, adherence to party rules, making disclosures regarding campaign funds, and running for political office."

When asked about new committeepersons being appointed RCO representatives, Bass said the city planning department asked her to make a recommendation. The city "asked that if we did not have an authorization from Cain was there somebody that we wanted to have," Bass said.

According to the lawsuit, an unnamed planning department employee confirmed that Cain's removal had been done "pursuant to Bass' direction." The Local was unable to independently confirm this.

The Local reached out to the city's Department of Planning and Development with questions about the unnamed employee, the anonymous application and potential records that would show Cain was removed as the RCO's representative. Chrystie declined to comment on these matters.

Cain's lawsuit includes details about an incident that occurred during an RCO meeting in the wake of her having been removed as representative. At the meeting, the lawsuit alleges, "individuals acting under Bass' supervision refused to give Cain any material which was provided to other RCO members, while the head of the RCOs in the 8th Council District, also allied with Bass' political interest, refused to acknowledge Cain at the meeting."

No other specific details of this event were provided in the meeting.

In the wake of this incident, the lawsuit says, Cain was removed from her position as the RCO's representative two more times. The lawsuit is unclear about how Cain would have been reinstated to the position.

Cain's lawsuit stated that her lack of standing has kept her RCO from participating in any development projects in the area, including a controversial development project at 361 Hortter St., where a 24-unit apartment building is proposed (https://hiddencityphila.org/2021/12/mount-airy-residents-up-in-arms-over-development-proposal/) at the site of a former grocery store.

In addition to running against Bass for ward leader, Cain ran for Philadelphia City Commissioner in 2019, but lost to Lisa Deeley. She also ran unsuccessfully for an at-large city council seat in 2015.

*Editor's note: This article has been updated since it went to press for the print edition dated Feb. 3, as a city spokesman was unable to respond before the print deadline. The printed edition does not include the city's statement that, contrary to Bass' statement, city rules do not require councilmembers to approve leadership roles for registered community organizations.*

## Comments

NO COMMENTS ON THIS ITEM    PLEASE LOG IN TO COMMENT BY CLICKING HERE (/LOGIN.HTML?REFERER=%2FSTORIES%2FA-MT-AIRY-COMMITTEEPERSON-IS-SUING-COUNCILMEMBER-CINDY-BASS-FOR-FIRST-AMENDMENT-VIOLATIONS%2C22520%3F)

---

### OTHER ITEMS THAT MAY INTEREST YOU

### The future of Pastorius Park is in our hands (/stories/the-future-of-pastorius-park-is-in-our-hands,22837)

**Neighbors work with Chestnut Hill College on Sugarloaf campus project (/stories/neighbors-work-with-chestnut-hill-college-on-sugarloaf-campus-project,22800)**

**Chestnut Hill College names new president (/stories/chestnut-hill-college-names-new-president,22842)**

**Back again with the 48th annual "Snowball Tournament" at Norwood Fontbonne (/stories/back-again-with-the-48th-annual-snowball-tournament-at-norwood-fontbonne,22846)**



(https://chestnuthillbanners.creativecirclemedia.com/www/delivery/ck.php?oaparams=2__bannerid=119__zoneid=1__cb=ad09b5652c0__oadest=http%3A%2F%2Flownes.com%2F)

Donate now to CHL Local (/donate)

## THE LATEST



**Mar 10, 2022 issue (/stories/mar-10-2022-issue,22894)**

(/stories/mar-10-2022-issue,22894)

**Locals sponsor blockbuster concert for St. Patrick's Day (/stories/locals-sponsor-blockbuster-concert-for-st-patricks-day,22883)**
Northwest Philadelphia's Irish communities are celebrating their heritage this year with a rousing performance of traditional music at the Commodore Barry Arts & Cultural Center.

3/10/22, 8:33 AM    A Mt. Airy committeeperson is suing Councilmember Cindy Bass for First Amendment violations | Chestnut Hill Local

Case 2:22-cv-00360-CFK   Document 10-1   Filed 03/31/22   Page 23 of 24



(/stories/locals-sponsor-blockbuster-
concert-for-st-patricks-day,22883)



(/stories/a-small-street-honors-a-man-
with-a-big-reputation,22871)

### A small street honors a man with a big reputation (/stories/a-small-street-honors-a-man-with-a-big-reputation,22871)

To generations of Hillers, Benezet Street has been known affectionately as "Bassinet Street."

### Letter: Bring down fare prices to rescue Regional Rail (/stories/letter-bring-down-fare-prices-to-rescue-regional-rail,22870)

Tom Beck's article in the March 3 Chestnut Hill Local, 'Regional Rail not recovering from COVID,' includes the telling observation by Wayne Junction developer Ken Weinstein that to …

### Why local news matters to one of Chestnut Hill's most prominent developers (/stories/why-local-news-matters-to-one-of-chestnut-hills-most-prominent-developers,22868)

Richard Snowden, one of Chestnut Hill's most prominent developers and a Local board member, is stepping down from his role at the newspaper. It's not because he no longer wants the job. …



(https://chestnuthillbanners.creativecirclemedia.
com/www/delivery/ck.php?
oaparams=2__bannerid=201__zoneid=1__cb=5fd3
52243b__oadest=https%3A%2F%2Fwww.wedotee
th.com%2F)

3/10/22, 8:33 AM
Case 2:22-cv-00360-CFK   Document 10-1   Filed 03/31/22   Page 24 of 24
A Mt Airy committeeperson is suing Councilmember Cindy Bass for first amendment violations | The Chestnut Hill Local

# Chestnut Hill Local

(/)

🔊 (/browse.rss)

8434 Germantown Ave.
Philadelphia, PA 19118
215-248-8800 (tel:215-248-8800)

| | | |
|---|---|---|
| Covid Updates (/coronavirus/) | Schools (/school-news/) | Classifieds (/classifieds/) |
| News (/news/) | Sports (/sports/) | Marketplace (/marketplace/) |
| Opinion (/OpEd/) | Chill Local (/chill-home/) | |
| Community (/community-news/) | Obituaries (/obituaries-death-notices/) | |

© COPYRIGHT 2022 THE CHESTNUT HILL LOCAL
POWERED BY CREATIVE CIRCLE MEDIA SOLUTIONS (HTTP://CREATIVECIRCLEMEDIA.COM)