IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA CAIN, : | |
| *Plaintiff,* : | CIVIL ACTION |
| v. : | |
| : | NO. 22-0360 |
| CINDY BASS, et al., : | |
| *Defendants.* : | |

# ORDER

**AND NOW**, this **19th** day of **May 2022**, upon consideration of the Motion to Dismiss (ECF No. 13) and the Memorandum in Opposition (ECF No. 17), it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 13) is **DENIED**.

It is further **ORDERED** that the parties shall meet and confer by **Thursday, June 2, 2022 at 12 p.m.** and stipulate to a proposed scheduling order on the Motion for Preliminary Injunction (ECF No. 15) including dates to complete discovery for a hearing on a preliminary injunction, a date to answer the Motion (ECF No. 15), a date for the hearing, and the number of days required. Discovery should address only the issues to be presented at the hearing, and the parties should stipulate to as much of the record as possible. The parties shall share with each other who their witnesses will be because the hearing will not be an opportunity for depositions. Cross-examination of

any witness will not be an opportunity for discovery, so discovery depositions need to be taken if you want to target your questions, and the parties must identify who they will be calling and the substance of the testimony, so the parties can decide if they want to depose the witness. Parties will not waive their right to re-depose witnesses or call them for the first time if not deposed for the preliminary injunction hearing.

**BY THE COURT:**

**/s/ Chad F. Kenney**
**CHAD F. KENNEY, JUDGE**