IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CARLA CAIN, | : |
| Plaintiff, | : |
| v. | : |
| CINDY BASS, a Member of Philadelphia City Council, in her personal capacity only, | : CIVIL ACTION<br>: No. 2:22-cv-00360 |
| and | : |
| CITY OF PHILADELPHIA, | : |
| Defendants. | : |

**STIPULATION FOR A PROPOSED SCHEDULING ORDER
ON THE MOTION FOR PRELIMINARY INJUNCTION**

The parties met and conferred on May 27, 2022 pursuant to this Court's May 19, 2022 Order, and have agreed on the following proposed schedule leading to a hearing on plaintiff's motion for preliminary injunction:

| Friday, June 3, 2022 | Plaintiff to provide substance of proposed testimony of witnesses identified for preliminary injunction hearing |
|---|---|
| Friday, June 10, 2022 | Defendants to provide identification of witnesses and substance of proposed testimony for preliminary injunction hearing |
| Friday, June 10, 2022 | Deadline to serve written discovery requests |
| Friday, June 24, 2022 | Deadline to respond to written discovery requests |
| Monday, July 19-Friday, July 29, 2022 | Depositions of preliminary injunction witnesses |

| Friday, July 29, 2022 | Close of discovery |
|---|---|
| Friday, August 12, 2022 | Plaintiff's memorandum in support of motion for preliminary injunction |
| Friday, August 26, 2022 | Defendants' memoranda in opposition to motion for preliminary injunction |
| Hearing on motion for preliminary injunction | Week of September 19, 2022 (the parties estimate that the hearing will require two days of testimony) |

*/s/ John S. Carnes, Jr.*
John S. Carnes, Jr. (Attorney I.D. 47338)
Law Offices of John S. Carnes Jr.
101 W. Main Street
Parkesburg, PA  19365
(610) 857-5500


*/s/ Aaron D. Martin*
Aaron D. Martin (Attorney I.D. 76441)
Sarah E. Straub (Attorney I.D. 330748)
Mette Evans & Woodside
3041 North Front Street
P.O. Box 5950
Harrisburg, PA  17110-0950
(717) 232-5000

*Attorneys for Plaintiff,*
  *Carla Cain*

*/s/ David Smith*
David Smith (Attorney I.D. 21480)
Layal A. Issa (Attorney I.D. 329214)
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
(215) 751-2190

*Attorneys for Defendant,*
  *Cindy Bass*


*/s/ Ryan B. Smith*
Benjamin H. Field (Attorney I.D. 204569)
Ryan B. Smith (Attorney I.D. 324643)
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA  19102
(215) 683-2954

*Attorneys for Defendant,*
  *City of Philadelphia*

Dated:  June 2, 2022