UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA CAIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| CINDY BASS | : No. 2:22-cv-360-CFK |
| and | : |
| CITY OF PHILADELPHIA, | : |
| Defendants. | : |

**Plaintiff's Separate Exhibit List[1]**

1. Plaintiff-1  Order of Judge Coyle Judge Coyle's granting injunctive relief to Carla Cain in the Case, *Carla Cain et al v. City Democratic Committee et al*. dated 6/3/22

2. Plaintiff-2  Judge Abbe Fletman's Order removing Dominic Mathis from the ballot on March 29, 2022 in a challenge to Dominic Mathis' nominating petition dated 3/29/22

3. Plaintiff-3  Google Map 19119 Zip Code

4. Plaintiff-4  22nd Ward Map

5. Plaintiff-5  Vernon Anastasio ZHB Application for 244 E. Springer Street

6. Plaintiff-6  ZHB Appeals Calendar for 19119 Zip Code 6/2019 to 7/2021-

7. Plaintiff-7  ZHB Applications for 223 and 225 E. Springer Street

Plaintiff reserves the right to use exhibits identified in the course of depositions of witnesses.

---

[1] These exhibits have not been agreed upon by the parties and are not part of the parties' separately filed joint exhibit list.

Respectfully submitted,

*/s/ John S. Carnes, Jr.*
John S. Carnes, Jr. (Attorney I.D. 47338)
Law Offices of John S. Carnes Jr.
101 W. Main Street
Parkesburg, PA  19365
(610) 857-5500
jcarnes@jcatty.com


*/s/ Aaron D. Martin*
Aaron D. Martin (Attorney I.D. 76441)
Sarah E. Straub (Attorney I.D. 330748)
Mette Evans & Woodside
3041 North Front Street
P.O. Box 5950
Harrisburg, PA  17110-0950
(717) 232-5000
admartin@mette.com
sestraub@mette.com

Date: September 12, 2022.