IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA CAIN, | : |
| Plaintiff, | : |
| v. | : |
| CINDY BASS, a Member of Philadelphia City Council, in her personal capacity only, | : CIVIL ACTION : No. 2:22-cv-00360 |
| and | : |
| CITY OF PHILADELPHIA, | : |
| Defendants. | : |

**[PROPOSED] ORDER**

AND NOW, this ____ day of ____, 2022, upon consideration of Defendants Cindy Bass's and the City of Philadelphia's Opposition to Plaintiff's Motion for Preliminary Injunction, and any response thereto, it is ORDERED that the Motion for Preliminary Injunction is DENIED.

BY THE COURT:

_____
Kenney, J.