# JOINT EXHIBIT 1



PHILADELPHIA CITY PLANNING COMMISSION

# REGISTERED COMMUNITY ORGANIZATION APPLICATION: 2019

All information requested on this form is **required** in order to process your application. Your application will be **rejected** if you do not include all pieces of information on this application.

If you are in need of assistance in completing the application, please contact RCO@phila.gov or 215-683-4646 or visit http://www.phila.gov/CityPlanning/projectreviews/Pages/RegisteredCommunityOrganizations.aspx.

Please be aware that information submitted becomes public information.

### ALL FIELDS BELOW ARE MANDATORY:

Application Type: ☐ Renewal   ☐ New Application

Organization Name:

Organization Address:

Meeting Location Address:

Organization Type (check one):

☐ Volunteer Organization/Civic Assoc./PA Nonprofit/Unincorporated Association/Other

☐ Neighborhood Improvement District (NID)/Special Services District (SSD)

☐ Ward Committee

| | Primary Contact Person | Secondary Contact Person |
|---|---|---|
| Name: | | |
| Email Address: | | |
| Mailing Address: | | |
| Phone: | | |

Preferred Method of Contact (check one): ☐ Email (will guarantee faster notification)   ☐ Regular Mail

If you are a: **Volunteer Organization, Civic Association, PA Nonprofit, Unincorporated Association, or Other Organization,** submit the items below. Each item is **mandatory:**

Attach each of the following:
☐ Statement of purpose (MUST concern land use, zoning, development, or preservation)
☐ Copy of the governing rules/bylaws (MUST include description of the geographic boundaries of the organization AND a definition of the group's membership AND a description of the leadership selection process)
☐ Schedule of the organization's regular public meetings
☐ Copy of a recent announcement of a public meeting
☐ Names and positions of the organization's leadership



EXHIBIT
Cain-2
7/22            JA



PHILADELPHIA CITY PLANNING COMMISSION

If you are a **Special Services District (SSD) or Neighborhood Improvement District (NID),** complete the below and submit the indicated documents:

☐ Copy of the City Council Ordinance establishing the NID or SSD

If you are a **Ward Committee,** complete the below and submit the indicated documents:

Ward Number (Must cover entire ward): ☐   and ☐ Republican or ☐ Democrat

☐ Schedule of the organization's regular public meetings
☐ Copy of a recent announcement of a public meeting

**ALL applicants must complete the below:**

☐ I certify that I have read the Planning Commission regulations regarding RCOs and that the statements and information in this application form are true and correct to the best of my knowledge and belief. Planning Commission regulations here can be found here:
http://www.phila.gov/CITYPLANNING/PROJECTREVIEWS/Pages/RegisteredCommunityOrganizations.aspx

☐ I certify that the organization or its leadership will make a good faith effort to operate in accordance with procedures and best practices articulated in the "RCO Rights and Responsibilities," provided by the Planning Commission, page 3 of this packet

☐ I certify that I have read the "Zoning Applicant Rights and Responsibilities," provided by the Planning Commission, page 5 of this packet

_____         _____
Signature                                Date



PHILADELPHIA CITY PLANNING COMMISSION

## Registered Community Organizations (RCO) Rights and Responsibilities

### Rights

- *Every RCO has the right* to be notified by the applicant of any zoning variance or special exception or any project undergoing Civic Design Review (CDR) within its boundaries.

- *Every RCO has the right* to attend a public meeting for any zoning variance or special exception within its boundaries where the applicant or his/her representative presents the proposal and accepts questions and comments from the public.  The same is true for any project undergoing Civic Design Review (CDR) within its boundaries.

- *Coordinating RCOs, in consultation with any other affected RCOs, have a right* to schedule the public meeting for any date within the allotted 45-days from the filing of the appeal or CDR determination. If the applicant does not contact the RCOs **and** distribute notice to required addresses within 20 days of notice by the City Planning Commission, that 45-day period begins from the date that such notice is provided.

- *RCOs have a right* to the assurance that the ZBA and CDR Committee will not issue a decision on a case until after **either** 1) an RCO meeting has been held **or** 2) the applicant has **both** made a good faith effort to meet with the RCO **and** the 45-day period has expired.

- Where there are multiple overlapping RCOs for a given project, *any affected RCO not-assigned the role of Coordinating RCO has a right* to be consulted on the scheduling of the public meeting **and** to participate in that meeting.

- *Any RCO or individual member of the public has a right* to send a letter or give testimony at a ZBA or CDR hearing, regardless of whether it is assigned the role of Coordinating RCO.



PHILADELPHIA CITY PLANNING COMMISSION

### Responsibilities

- *Coordinating RCOs have the responsibility* to make a good faith effort to work with the applicant to either hold a public meeting or work to ensure a public meeting is held within the required 45-day period.

- *Coordinating RCOs have the responsibility* to ensure that **all** affected RCOs are consulted during the scheduling of the public meeting.

- *Coordinating RCOs have the responsibility* to publicize meetings and ensure that members of the public are invited to attend and participate.

- *Coordinating RCOs have the responsibility* to make a good faith effort to ensure meetings are conducted respectfully and that all voices are heard, including both the applicant and members of the public.

- *Coordinating RCOs have the responsibility* for ensuring that a written summary of the meeting is sent to the City Planning Commission (RCO.Notification@phila.gov), the relevant City Council District office, and the ZBA (RCOZBA@phila.gov) and/or Civic Design Review Committee (CDR@phila.gov), as applicable.

- If no meeting is held, *Coordinating RCOs have the responsibility* to send an explanation as to why not, along with written documentation of the efforts made to schedule the meeting.

- *All RCOs have the responsibility* for fulfilling all RCO-related functions without engaging in discriminatory practices (as defined by the Philadelphia Commission on Human Relations).

- *All RCOs have the responsibility* for fulfilling all RCO-related functions, regardless of an applicant's willingness to provide payments/donations to the RCO (monetary or in-kind), attend additional meetings, enter into a Community Benefits Agreement, or agree to any other request not-identified in the Zoning Code.

- *Coordinating RCOs have the responsibility* to impartially document what occurred during the public meeting, including whether a vote was taken and, if so, to state and describe the vote count and the organization's final position on the application.



PHILADELPHIA CITY PLANNING COMMISSION

## Zoning Applicant Rights and Responsibilities

### Rights

- *Every applicant for a zoning variance or special exception or with a project undergoing Civic Design Review (CDR) has the right* to present the details of the intended project/use at a neighborhood-based, open public meeting where an opportunity is afforded to respond to questions and comments from members of the public.

- *Every such applicant has the right* to have this open public meeting be scheduled and coordinated by the affected RCOs without demand for donations (whether monetary or in-kind) or any requirement that applicant locate an appropriate venue

- Provided that all notification requirements are met, *every such applicant has the right* to have this public meeting held within 45-days of the date of the application for zoning variance or special exception or the date of CDR determination.

- If no meeting is held within 45-days of the date of the application for zoning variance or special exception or the date of CDR determination, **and** provided that all notification requirements are met **and** the applicant can document having made a good faith effort to work with affected RCOs to schedule such a meeting, *every such applicant has the right* to a hearing by the Zoning Board of Adjustment (ZBA) or CDR Committee.

- *Every such applicant has the right* to decline invitations by RCOs to attend meetings either prior to or following the single required neighborhood-based, open public meeting

- *Every such applicant has the right* to receive a copy of the meeting summary document sent by the Coordinating RCO at least two days in advance of the hearing by the ZBA or CDR Committee.



PHILADELPHIA CITY PLANNING COMMISSION

**Responsibilities**

- *Every applicant for a zoning variance or special exception or with a project undergoing Civic Design Review (CDR) has the responsibility* to contact all affected RCOs and to notify all affected addresses within 20 days of notification by the Planning Commission.

- *Every such applicant has a responsibility* to make a good faith effort to set a date, time, and location of the public meeting **prior** to distributing notice to affected addresses.

- *Every such applicant has a responsibility* to distribute notice to affected addresses **prior** the date of the public meeting.

- *Every such applicant has a responsibility* to make reasonable accommodations to ensure meetings can be held within the required 45-day period.

- *Every such applicant has a responsibility* to attend the required public meeting, to present the proposed project/use fully, respond to questions and comments from organizers and other meeting attendees, and to behave respectfully.

# JOINT EXHIBIT 2

# RCO 2019 Application

Submitted by: Anonymous user

Submitted time: Jun 15, 2019, 5:31:11 PM

Contact Information for Group

Application Type

**New Application**

Organization Name

**22nd Ward Democratic Committee**

Street Address

**P.O. Box 27211**

City

**Philadelphia**

State/Province/Region

**Pennsylvania**

Postal/Zip Code

**19118**

Country

**United States**

Street Address

███████████████

City

██████████

CITY_000008

State/Province/Region

███████████

Postal/Zip Code

█████

Country

**United States**

Preferred Method of Contact

**Email (guarantees faster notification)**

Contact Information for People

Organization Type

**Ward Committee**

First Name

**Carla**

Last Name

**Cain**

Street Address

**P.O. Box 27211**

City

**Philadelphia**

State/Province/Region

**Pennsylvania**

CITY_000009

Postal/Zip Code

**19118**

Country

**United States**

Primary Contact Email Address

**ccain2225@gmail.com**

Primary Contact Phone Number

**2157584405**

Street Address

**P.O. Box 27211**

City

**Philadelphia**

State/Province/Region

**Pennsylvania**

Postal/Zip Code

**19118**

Country

**United States**

Alternate Contact Email Address

**malcolmcainsrin@gmail.com**

Alternate Contact Phone Number

**267-336-7461**

Wards

Please select "Yes" to confirm that your RCO is a Political Ward

**Yes**

What is your Ward Number (must cover the entire ward)?

**22nd**

Attach a schedule of the organization's regular public meetings



**WardSchedule_20190615173041.jpg**

CITY_000011

Attach a copy of a recent announcement of a public meeting



**WardAnnounceSchedule_20190615173051.jpg**


Confirmation

I certify that I have read the Planning Commission regulations (found HERE regarding RCOs and that the statements and information in this application form are true and correct to the best of my knowledge and belief.

**Yes**


I certify that the organization or its leadership will make a good faither effort to operate in accordance with procedures and best practices articulated in the "RCO Rights and Responsibility," as seen here

**Yes**


I certify that I have read the "Zoning Applicant Rights and Responsibilities" as seen here

**Yes**


Date of Application

**Jun 15, 2019**

CITY_000012

Name

**Carla Cain**

Signature



**draw-20190615173110317.png**

# JOINT EXHIBIT 3

# RegisteredCommunityOrganizationApp_2020

Submitted by: Anonymous user

Submitted time: Aug 13, 2020, 7:34:12 PM

Organization Type

**Ward Committee**

Organization Name

**22nd Democratic Ward RCO**

Organization Address

**6426 Boyer Street**
**Philadelphia, PA 19119**

Meeting Location Address

**Lovett Memorial Library, 6945 Germantown Ave, Philadelphia, PA 19119**

**Also**

**Dare to  Imagine Church, 6610 Anderson St, Philadelphia, PA 19119**

Primary Contact Person

Cain 00010

Name

**Christine Foster**

Email

**cefoster15@gmail.com**

Mailing Address

**6426 Boyer Street, Philadelphia, PA 19119**

Phone

**215-370-2891**

Preferred Method of Contact

**Email (will guarantee faster notification)**

Secondary Contact Person

Name

**Dominic Mathis**

Email

**dmathis0725@gmail.com**

Cain 00011

Mailing Address

**6779 Crittenden Street, Philadelphia, PA 19119**

Phone

**215-833-4161**

Preferred Method of Contact

**Email (will guarantee faster notification)**

## Wards

Ward Number

**22**

Select One

**Democrat**

Schedule of the organization's regular public meetings

**PDF**  22nd Democratic Ward RCO meets the First Wednesday of e…
36.9KB

Copy of a recent announcement of a public meeting

**PDF**  RCO Email - Zoom.pdf
119.2KB

Signed copy of Ward Leader Certification statement

**PDF**  Ward Leader Certification RCO - Signed.pdf
133.7KB

Please Certify:

- **I certify that I have read the Planning Commission regulations regarding RCOs and that the statements and information in this application form are true and correct to the best of my knowledge and belief. Planning Commission regulations here can be found here.**

Please Certify:

- **I certify that the organization or its leadership will make a good faith effort to operate in accordance with procedures and best practices articulated in the https://www.phila.gov/media/20190417143814/RCO-Rights-and-Responsibilities-5.pdf target="_blank">Zoning Rights and Responsibilities provided by the Planning Commission.**

Please Certify:

- **I certify that I have read the Zoning Applicant Rights and Responsibilities provided by the Planning Commission.**

Cain 00013

Date of Application

**Aug 13, 2020**

Name

**Christine Foster**

Certify Application

- **I certify this application**

Cain 00014

Political Ward RCO Registration Certification

I _____Cindy Bass_____, Ward Leader for the ____22nd____ Ward, acknowledge
and confirm the registration of this ward as a Registered Community Organization (RCO).


_____Cindy Bass_____

Name

_____

Signature

Cain 00015

# JOINT EXHIBIT 4



# Registered Community Organization Application: 2021

**All information requested on this form is required in order to process your application. Your application will be <u>rejected</u> if you do not include all pieces of information on this application.**

**If you need help or more information, contact RCO@phila.gov or (267) 225-7559 or visit this link.**

**Information provided to the City Planning Commission on this form will be made publicly available.**

## Application Type*

○ Renewal

○ New Application

## Organization Type*

○ Volunteer Organization/Civic Assoc./PA Nonprofit/Unincorporated Association/Other

○ Neighborhood Improvement District (NID)/Special Services District (SSD)

○ Ward Committee

## Organization Address*

> 255

## Meeting Location Address*

> 255

## Primary Contact Person ⌄

### Name*

### Email*

### Mailing Address*

> 255

### Phone*

_(empty text field)_

## Preferred Method of Contact*

⭕ Email (will guarantee faster notification)

⭕ Regular Mail

## Secondary Contact Person ⌄

### Name*

_(empty text field)_

### Email*

_(empty text field)_

### Mailing Address*

_(empty text field)_

255

### Phone*

_(empty text field)_

## Preferred Method of Contact*

○  Email (will guarantee faster notification)

○  Regular Mail

## Please Certify:*

☐  I certify that I have read the Planning Commission regulations regarding RCOs and that the statements and information in this application form are true and correct to the best of my knowledge and belief. Planning Commission regulations here can be found here.

## Please Certify:*

☐  I certify that the organization or its leadership will make a good faith effort to operate in accordance with procedures and best practices articulated in the Zoning Rights and Responsibilities provided by the Planning Commission.

## Please Certify:*

☐  I certify that I have read the Zoning Applicant Rights and Responsibilities provided by the Planning Commission.

## Please Certify:

☐  I certify that RCO leadership has reviewed (or will review) PCPC's RCO instructional videos, found here.

## Date of Application*

🗓 7/21/2022

## Name*

## Certify Application*

☐ I certify this application

Submit

# JOINT EXHIBIT 5

# RCO Application 2021

Submitted by: Anonymous user

Submitted time: Jun 3, 2021, 4:54:28 PM

Application Type

**Renewal**

Organization Type

**Ward Committee**

Organization Address

**520 CARPENTER LN PHILADELPHIA  PA 19119**

Meeting Location Address

**520 CARPENTER LN PHILADELPHIA  PA 19119**

Primary Contact Person

Name

**CARLA CAIN**

Email

**CCAIN2225@GMAIL.COM**

Mailing Address

████████████████████████

Phone

**215-758-4405**

Preferred Method of Contact

**Email (will guarantee faster notification)**

Secondary Contact Person

CITY_000001

Name

**MALCOLM CAIN**

Email

**MALCOLMCAINSRIN@GMAIL.COM**

Mailing Address

█████████████████████

Phone

**215-758-4405**

Preferred Method of Contact

**Email (will guarantee faster notification)**

Wards

Ward Number

**22-WARD**

Select One

**Democrat**

Schedule of the organization's regular public meetings

**PDF**   22nd Ward RCO Meeting Schedule.pdf
40.8KB

Copy of an announcement (flyer, e-mail, newsletter, public social media post) of a public meeting

**PDF**   22nd Ward Democratic Flyer.pdf
14.9KB

Certify Application

- **I certify that I am applying for RCO status on behalf of a political ward, and that the ward committee and ward leader are aware of and have authorized this application for RCO status.**

CITY_000002

Please Certify:

- I certify that I have read the Planning Commission regulations regarding RCOs and that the statements and information in this application form are true and correct to the best of my knowledge and belief. Planning Commission regulations here can be found here.

Please Certify:

- I certify that the organization or its leadership will make a good faith effort to operate in accordance with procedures and best practices articulated in the https://www.phila.gov/media/20190417143814/RCO-Rights-and-Responsibilities-5.pdf target="_blank">Zoning Rights and Responsibilities provided by the Planning Commission.

Please Certify:

- I certify that I have read the Zoning Applicant Rights and Responsibilities provided by the Planning Commission.

Please Certify:

- I certify that RCO leadership has reviewed (or will review) PCPC's RCO instructional videos, found here.

Date of Application

**Jun 3, 2021**

Name

**CARLA CAIN**

Certify Application

- **I certify this application**

CITY_000003

# JOINT EXHIBIT 6

# Cindy Bass

## 22nd Ward Leader, Democratic Party

October 13, 2021

Eleanor Sharpe
Deputy Director
Department of Planning & Development
1515 Arch Street, 13th Floor
Philadelphia, PA 19103

Dear Ms. Sharpe,

As Ward Leader of the 22nd Democratic Ward, I am asking that Christine Foster be listed as the primary contact and committee chair for the 22nd Ward Democratic RCO.

Her contact information and notification preference are as follows:

**RCO Chair:**  Christine Foster
**Mailing Address:** ███████████████████
**Email Address:**  fosterchristine01@yahoo.com
**Telephone:** ██████████ /215-370-2891 cell
**Preferred contact method is via email**
**RCO Meeting Location:**  Dare to Imagine Church, 6610 Anderson St, Philadelphia, PA 19119

**Vice Chair:** Dominic C. Mathis, ████████████████████, dmathis0726@gmail.com

If you have any questions, please contact me at cindy.bass@gmail.com.

Thank you.

Sincerely,

Cindy Bass
Ward Leader, 22nd Democratic Ward

CITY_000005

# JOINT EXHIBIT 12
# (pp. 23-25, 119-21)

### Re: 22nd Ward RCO

Carla Cain <ccain2225@gmail.com>
Thu 9/3/2020 10:53 AM
To:  RCO <RCO@phila.gov>

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Anytime will work for me I look forward to hearing from you.

On Thu, Sep 3, 2020, 10:33 AM RCO <RCO@phila.gov> wrote:

> I will call later this morning if that works for you, from my google voice number [(267) 225-8295.] Committee members from the 22nd Democratic Ward submitted an RCO registration in August with two new contacts and the ward leader's signature (both attached). As the 22nd Ward RCO is already active (with you as primary contact), we are treating the new registration as a request to change contact information for the RCO.
>
> When we receive requests to change RCO info from someone other than the primary contact, we reach out to the primary contact to confirm. If the primary contact doesn't respond, or contests the request for changes, we'll reach out to organizational leadership (in this case the ward leader) for confirmation. We're taking the ward leader's signature on the recently submitted registration as confirmation of the request to change information in this case.
>
> Happy to answer any questions as best I can by phone,
>
> Jonathan
>
> **From:** Carla Cain <ccain2225@gmail.com>
> **Sent:** Thursday, September 3, 2020 9:36 AM
> **To:** RCO <RCO@phila.gov>
> **Subject:** Re: 22nd Ward RCO
>
> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**
>
> Can you please give me a call because I do not understand what's going. Carla Cain 215-758-4405

On Thu, Sep 3, 2020, 9:28 AM RCO <RCO@phila.gov> wrote:

Good morning Ms. Cain,

I am writing to follow up with my message of August 20th regarding the 22nd Ward RCO. As I haven't received a response from you, I am now writing to inform you that we will be moving forward with the changes to organization name and primary contacts as requested in the newly submitted registration.

Please reach out with any questions or concerns. I hope that you are doing well at this time.


Jonathan

**Jonathan Goins**

RCO Coordinator **(working from home)**

Department of Planning and Development

Philadelphia City Planning Commission | City of Philadelphia

**O** One Parkway Building |1515 Arch Street, 13th Floor

Philadelphia, PA 19102 | USA

**T** (215) 683-4646 | **E** jonathan.goins@phila.gov

**Facebook** | **Twitter**

CITY_000024

**From:** RCO
**Sent:** Thursday, August 20, 2020 4:18 PM
**To:** ccain2225@gmail.com
**Subject:** 22nd Ward RCO

Good afternoon Ms. Cain,

  I am writing to make you aware, if you were not already, of a recently submitted RCO registration application for the 22nd Democratic Ward. The application references Ward RCO meetings the first Wednesday of every month, and an August 6th meeting to discuss the "creation of a new 22nd Ward RCO." The application lists new primary and secondary contacts, and a certification authorizing the application by the ward leader.

  As the applicant for the 22nd Ward last June, and the currently listed primary contact for the RCO, I am reaching out to confirm if you were aware of the recently submitted application.

Thank you,

**Jonathan Goins**

RCO Coordinator **(working from home)**

Department of Planning and Development

Philadelphia City Planning Commission | City of Philadelphia

**O** One Parkway Building |1515 Arch Street, 13th Floor

  Philadelphia, PA 19102 | USA

**T** (215) 683-4646 | **E** jonathan.goins@phila.gov

**Facebook** | **Twitter**

CITY_000025



**From:** RCO Notification <RCO.Notification@Phila.gov>
**Sent:** Monday, September 27, 2021 10:13 AM
**To:** Carla Cain <ccain2225@gmail.com>
**Cc:** RCO Notification <RCO.Notification@Phila.gov>
**Subject:** YOU ARE THE RCO!

Good morning Carla,

You will remain the primary RCO for the 22nd Ward Democratic Committee.

Thank you so much for your patience and I apologize for the confusion and inconvenience.


**ATTENTION APPLICANTS: *DO NOT SUBMIT EXHIBITS TO STAFF* Please submit all exhibits to the appropriate email addresses, RCOZBA@phila.gov & suletazba@gmail.com, as per the Zoning Board Instructions.


**ATTENTION Registered Community Organizations (RCO's):
Please send all correspondence relating to ZBA hearings to RCOZBA@phila.gov email. Please include in the email body, the address of the property, the hearing date and meeting item number. This will ensure that all relevant documents are placed with the appropriate file for the Board to Review.
Thank you.
ZBA Website: https://www.phila.gov/departments/zoning-board-of-adjustment/
ZBA Calendar: https://www.phila.gov/zba/appeals-calendar/#/2019/04

**From:** Carla Cain <ccain2225@gmail.com>
**Sent:** Sunday, September 26, 2021 6:59 PM
**To:** RCO Notification <RCO.Notification@Phila.gov>
**Subject:** Re: RCO Notice 244 E SPRINGER ST

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Thank you.  As this is being reviewed I would like to keep my RCO duties.

On Fri, Sep 24, 2021 at 1:34 PM RCO Notification <RCO.Notification@phila.gov> wrote:

CITY_000119

Good afternoon Carla,

I have forwarded your email to Philadelphia City Planning Commission for review so that we can resolve this issue. Please bear with us, as we work this out. I will keep you updated.

In the meantime, if you have any questions, please feel free to contact me anytime.

Thank you.

**ATTENTION APPLICANTS: *DO NOT SUBMIT EXHIBITS TO STAFF* Please submit all exhibits to the appropriate email addresses, RCOZBA@phila.gov & suletazba@gmail.com, as per the Zoning Board Instructions.

**ATTENTION Registered Community Organizations (RCO's):
Please send all correspondence relating to ZBA hearings to RCOZBA@phila.gov email. Please include in the email body, the address of the property, the hearing date and meeting item number. This will ensure that all relevant documents are placed with the appropriate file for the Board to Review.
Thank you.
ZBA Website: https://www.phila.gov/departments/zoning-board-of-adjustment/
ZBA Calendar: https://www.phila.gov/zba/appeals-calendar/#/2019/04

**From:** Carla Cain <ccain2225@gmail.com>
**Sent:** Friday, September 24, 2021 1:07 PM
**To:** RCO Notification <RCO.Notification@Phila.gov>
**Cc:** vern@alawphilly.com; RCOZBA <RCOZBA@Phila.gov>; info@eastmountairy.org; Charles L. Richardson <Charles.Richardson@Phila.gov>; Tyrone Barge <Tyrone.Barge@Phila.gov>; Palmer, Chris <cpalmer@inquirer.com>; aorso@inquirer.com; Huff, Jason (PH) (FBI) <jhuff@fbi.gov>; press@joshshapiro.org
**Subject:** Re: RCO Notice 244 E SPRINGER ST

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

I am appealing this notice and would like to inform you that Christine Foster is not the RCO lead for the district. I would like a full investigation into this, since this is an outcome of ongoing harassment.

On Fri, Sep 24, 2021 at 10:38 AM RCO Notification <RCO.Notification@phila.gov> wrote:

> Good morning,
>
> The contact for the 22nd Ward Democratic Committee is **NO** longer ccain2225@gmail.com.

For all RCO related inquires for the 22nd Ward Democratic Committee please use the following contact info.

22nd Ward Democratic Committee
Christine Foster
fosterchristine01@yahoo.com
Tel: 215-849-4009
Mailing address is 6426 Boyer Street, Philadelphia, PA 19119
Preferred contact method is email


Thank you and have a wonderful day.


**ATTENTION APPLICANTS: *DO NOT SUBMIT EXHIBITS TO STAFF* Please submit all exhibits to the appropriate email addresses, RCOZBA@phila.gov & suletazba@gmail.com, as per the Zoning Board Instructions.


**ATTENTION Registered Community Organizations (RCO's):
Please send all correspondence relating to ZBA hearings to RCOZBA@phila.gov email. Please include in the email body, the address of the property, the hearing date and meeting item number. This will ensure that all relevant documents are placed with the appropriate file for the Board to Review.
Thank you.
ZBA Website: https://www.phila.gov/departments/zoning-board-of-adjustment/
ZBA Calendar: https://www.phila.gov/zba/appeals-calendar/#/2019/04

---

**From:** RCO Notification
**Sent:** Monday, September 20, 2021 3:17 PM
**To:** vern@alawphilly.com
**Cc:** RCOZBA <RCOZBA@Phila.gov>; RCO Notification <RCO.Notification@Phila.gov>; ccain2225@gmail.com; info@eastmountairy.org; Charles L. Richardson <Charles.Richardson@Phila.gov>; Tyrone Barge <Tyrone.Barge@Phila.gov>
**Subject:** RCO Notice 244 E SPRINGER ST
**Importance:** High

Dear Applicant:

You have filed an appeal to the Zoning Board of Adjustment for 244 E SPRINGER ST, permit number ZP-2021-006922

This email contains links to the information necessary to complete your required near-neighbor notification and community meeting with the Coordinating Registered Community Organization (RCO).