IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **CARLA CAIN,** *Plaintiff,* v. **CINDY BASS.** *Defendants.* | CIVIL ACTION<br><br>No.   22-0360 |

# ORDER

**AND NOW**, this **5th** day of **December 2022**, upon consideration of Plaintiff's Motion for Preliminary Injunction (ECF No. 15), Defendants' Response (ECF No. 36, 37), Plaintiff's Proposed Findings of Fact and Conclusions of Law (ECF No. 35), Defendants' Proposed Findings of Fact and Conclusions of Law (ECF No. 38), and additional memoranda (ECF No. 39, 41), as well as the full evidentiary hearing on the Motion held on September 13, 2022 (ECF No. 33), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1