IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLA CAIN,** | : : : : | CIVIL ACTION |
| *Plaintiff,* | : : | |
| v. | : : | No.   22-0360 |
| **CINDY BASS.** | : : : | |
| *Defendants.* | : | |

## SCHEDULING ORDER

**AND NOW**, this **14th** day of **December 2022**, upon consideration of the docket and the full evidentiary hearing on the Motion held on September 13, 2022 (ECF No. 33), it is hereby **ORDERED** as follows:

1. All supplemental fact discovery, to the extent necessary, shall be completed by **February 1, 2023**.

2. Any motions for summary judgment shall be filed on or before **March 1, 2023 at 12:00 p.m.** Response(s) to any such motion shall be filed within **twenty-one (21) days** of service of the motion.

3. **There will be no continuances granted on this schedule.**

The Court will issue a separate Scheduling Order as to the trial date and trial-related deadlines following the completion of fact discovery and resolution of any motions for summary judgment.

1

2

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**