IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CARLA CAIN, | : |
| Plaintiff, | : |
| v. | : |
| CINDY BASS, a Member of Philadelphia City Council, in her personal capacity only, | CIVIL ACTION<br>No. 2:22-cv-00360-CFK |
| and | : |
| CITY OF PHILADELPHIA, | : |
| Defendants. | : |

**<u>NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 41.1(b)</u>**

Pursuant to Local Rule 41.1(b), the parties respectfully provide notice to the Court that the issues between the parties have been settled in principle and request that the Court dismiss the Second Amended Complaint with prejudice and without costs or attorneys' fees. The parties are attempting to finalize a settlement agreement. When, as here, "the settlement agreement has not yet been executed or reduced to writing," the Court still may dismiss the matter pursuant to Local Rule 41.1(b) upon such notification. *TotalFacility, Inc. v. Dabek*, No. 14-5324, 2016 WL 7450465, at *2 (E.D. Pa. Dec. 28, 2016) (citing *Mood v. Encore Kitchen & Bath Distribs., Inc.*, No. 10-83, 2011 WL 204186, at *1 (E.D. Pa. Jan. 20, 2011) (dismissal entered before an agreement was formalized and subsequently modified to enforce the agreement)).

The parties respectfully request that the Court enter an Order substantially in the form of the proposed order filed contemporaneously.

Date:   February 28, 2023

Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS LLP**

*/s/ David Smith*
David Smith (Pa. I.D. 21480)
Layal I. Ramirez (Pa. I.D. 329214)
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2190
dsmith@schnader.com
lramirez@schnader.com

*Attorneys for Cindy Bass*

**CITY OF PHILADELPHIA LAW DEPARTMENT**

*/s/ Ryan B. Smith*
Benjamin H. Field (Pa. I.D. 204569)
Ryan B. Smith (Pa. I.D. 324643)
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-2954
benjamin.field@phila.gov
ryan.smith@phila.gov

*Attorneys for the City of Philadelphia*

**METTE, EVANS & WOODSIDE**

*/s/ Aaron D. Martin*
Aaron D. Martin
Pa. Atty. I.D. 76441
3401 North Front Street
Harrisburg, PA 17110
Phone: 717-232-5000
admartin@mette.com


**Law Offices of John S. Carnes, Jr.**

*/s/ John S. Carnes, Jr.*
John S. Carnes, Jr.
Pa. Atty. I.D. 47338
101 Main Street
Parkesburg, PA 19365
Phone: (610) 857-5500
jscarnes@jcatty.com

*Attorneys for Plaintiff,
Carla Cain*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA CAIN,<br><br>   Plaintiff,<br><br>  v.<br><br>CINDY BASS, a Member of Philadelphia City Council, in her personal capacity only,<br><br>  and<br><br>CITY OF PHILADELPHIA,<br><br>   Defendants. | CIVIL ACTION<br><br>No. 2:22-cv-00360-CFK |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Parties' Notice that they have reached an agreement in principle to settle this matter pursuant to Local Rule 41.1(b), it is ORDERED that the Second Amended Complaint is DISMISSED with prejudice and without costs or attorneys' fees.

BY THE COURT:

_____
Kenney, J.

## **CERTIFICATE OF SERVICE**

     I, Ryan B. Smith, hereby certify that the foregoing document titled "Notice of Settlement Pursuant to Local Rule 41.1(b)" has been filed electronically and is available for viewing and downloading from the ECF system by all counsel of record pursuant to Local Rule 5.1.2(8)(b).

Date: February 28, 2023                                     Respectfully submitted,

                                                                     */s/ Ryan B. Smith*
                                                                     Ryan B. Smith
                                                                     Assistant City Solicitor