IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA CAIN, <br><br> Plaintiff, <br><br> v. <br><br> CINDY BASS, a Member of Philadelphia City Council, in her personal capacity only, <br><br> and <br><br> CITY OF PHILADELPHIA, <br><br> Defendants. | CIVIL ACTION <br><br> No. 2:22-cv-00360-CFK |

## ORDER

AND NOW, this  28th  day of  February , 2023, upon consideration of the Parties' Notice (ECF No. 50) that they have reached an agreement in principle to settle this matter pursuant to Local Rule 41.1(b), it is ORDERED that the Second Amended Complaint is DISMISSED with prejudice and without costs or attorneys' fees.

The Clerk of Court is directed to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**